OPINION #  O-7504          WAS NEVER ISSUED OR

WAS WITHDRAWN.